IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOE RANGER PICKETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:22-CV-135-WKW |
| | ) | |
| HAROLD ALBRITTON, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On May 23, 2022, the Magistrate Judge filed a Recommendation (Doc. # 8) to which no timely objections have been filed.  Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED as follows:

1.    The Magistrate Judge's Recommendation (Doc. # 8) is ADOPTED.

2.    The orders granting Plaintiff's IFP motion (Doc. # 3) and ordering an amended complaint (Doc. # 5) are VACATED.

3.    Plaintiff's motion for leave to proceed *in forma pauperis* (Doc. # 2) is DENIED.

4.    This case is DISMISSED without prejudice.

A final judgment will be entered separately.

DONE this 14th day of June, 2022.

/s/   W. Keith Watkins
UNITED STATES DISTRICT JUDGE